## O'Donnell, Appellant, *v.* McGrath.

Argued June 20, 1967. *Joseph Patrick Gorham,* for appellant; *John F. Naulty,* with him *Albert J. Schell, Jr.,* for appellee.

Order affirmed.

## Reber Unemployment Compensation Case.

Argued June 15, 1967. *Anna D. Reber,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Samuels *v.* Cutillo, Appellant.

Argued June 20, 1967. *J. Joseph Herring, Jr.,* with him *Charles F. Knapp,* and *Knapp, Levis & Connors,* for appellant; *Jack Brian,* with him *Thomas P. Hamilton,* and *Richard, Brian & DiSanti,* for appellee.

Order affirmed.